UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VINLUAN,

               Plaintiff(s),

- against -

ARDSLEY UNION FREE SCHOOL DISTRICT, et al..,

               Defendant(s).

-----------------------------------------------------------------X

**ORDER**

19 Civ.10674 (NSR)

Román, D.J.:

The Court is in possession of an unredacted letter, dated March 24, 2020, from pro se Plaintiff requesting that the pending briefing schedule for Defendants' motion to dismiss in the instant action be held in abeyance or, alternatively, requesting an enlargement of time to oppose Defendants' motion until April 15, 2020. Defendants' counsel consents to the enlargement of time.

Plaintiff's request to hold Defendants' motion to dismiss in abeyance is **denied** and the request to amend the briefing schedule is **granted** as follows: Plaintiff's opposition papers shall be served, **not filed**, by April 15, 2020; and Defendants' reply papers shall be served by May 7, 2020. Defendants' counsel directed to file all motion papers, including Plaintiff's opposition, on the reply date, May 7, 2020. The parties are directed to provide two courtesy copies of their respective documents to chambers on the deadline date the documents are served on the adversary.

SO ORDERED.

Dated: White Plains, New York
          March 24, 2020

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2020