```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARIA THERESA C. VINLUAN, individually and
on behalf of her disabled child W.V.,

                Plaintiffs,

- against -

ARDSLEY UNION FREE SCHOOL DISTRICT,
and in their individual capacities JEANNE FARRUGGIO,
and THOMAS FISCHER,

                Defendants.

-------------------------------------------------------------X

**ORDER**

19 Civ. 10674 (NSR)

Román, D.J.:

       The parties have notified the Court that a global settlement was reached in principle and subject to the Court's approval of such settlement, it is

       ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

       The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

       The Clerk of the Court is kindly directed to terminate the motion at ECF No. 39.

SO ORDERED.

Dated:     White Plains, New York
            October 28, 2021

                                                                          Nelson S. Román, U.S.D.J.